UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-11644-JLT |
| | ) | |
| GREGORY J. LOOSIGIAN and | ) | |
| AMY E. LOOSIGIAN, | ) | |
| Defendants | ) | |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Gregory J. and Amy E. Loosigian to the United States, acting through the Farmers Home Administration, which is dated January 30, 1981 and recorded on January 30, 1981 in Book 1485 at Page 254 of the North Essex Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.


Dated: _____          _____
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff<br><br>    v.<br><br>GREGORY J. LOOSIGIAN and<br>AMY E. LOOSIGIAN<br>                Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. 05 11644 JLT<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE OF NOTICE**

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in The Eagle Tribune, a newspaper published in North Andover, Massachusetts, on September 8, 2005, there being no newspaper published in the Town of Methuen, and The Eagle Tribune having a general circulation in the Town of Methuen, Massachusetts.

(2) mailed by certified mail on September 2, 2005 a copy of the NOTICE to each of the defendants at the following address:

        Gregory J. Loosigian
        22 Lowell Boulevard
        Methuen, MA  01810

        Amy E. Loosigian
        22 Lowell Boulevard
        Methuen, MA  01810

(3) recorded a certified copy of the NOTICE on December 19, 2005 in Book 9950, Page 10 in the Essex North County Registry of Deeds.

Jane A. Rice
Agriculture Specialist
Farm Service Agency

Commonwealth of Massachusetts
        ss.
County of Hampshire

On this 24th day of January, 2006, before me, the undersigned Notary Public, personally appeared Jane A. Rice, proved to me through personal knowledge, to be the person whose name is signed on the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.



Christine S. Laprade
Notary Public

My Commission expires March 30, 2012